474 A.2d 643

Commonwealth v. Lyons, Appellant.

Petition for Allowance of Appeal
Denied July 13, 1984.

Submitted January 19, 1984. Joseph Mistrano, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, HESTER and ROBERTS, JJ.

Judgment of sentence affirmed.